UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-20759-CR-JORDAN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| ANNA ALVAREZ | ) |
| _____ | ) |

**ORDER GRANTING DEFENDANT'S MOTION FOR CONTINUANCE**

The defendant's motion to continue the trial [D.E. 443] is GRANTED. The interests of justice served by a continuance outweigh any interest of the public or the defendants in a speedy trial. As a result, the period of delay resulting from this continuance — *i.e.*, from the date the motion was filed, March 21, 2008, to and including the date trial commences — is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(8).

This case is reset for trial during the two-week trial calendar beginning on May 12, 2008. If the case cannot be tried during this two-week period, it will be reset for each successive trial calendar until it is tried or resolved. All counsel must be present for calendar call at 9 a.m. on May 6, 2008, in Courtroom Eight of the United States Courthouse, 301 N. Miami Avenue, Miami, Florida.

Counsel shall submit proposed *voir dire* questions, proposed jury instructions, and lists of proposed exhibits prior to the calendar call.

DONE and ORDERED in chambers in Miami, Florida, this 24th day of March, 2008.

                                                  _____
                                                  Adalberto Jordan
                                                 United States District Judge

Copy to:     All counsel of record